```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    INDICTMENT

        -v.-                        :    08 Cr. ___

MICHAEL PARSARD,
    a/k/a "Sean R. Parsard,"
    a/k/a "Bleak Parsard,"          :
    a/k/a "Michael Pasard,"
    a/k/a "Michael Pasaro,"         :
    a/k/a "Michael Johnson,"
    a/k/a "Michael Persard,"        :
    a/k/a "Michael Carter,"
                                    :
                Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - - x
```

**HUDGE SAND**

**08CRIM 782**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008

COUNT ONE

The Grand Jury charges:

From at least on or about March 8, 2007, in the Southern District of New York and elsewhere, MICHAEL PARSARD, a/k/a "Sean R. Parsard," a/k/a "Bleak Parsard," a/k/a "Michael Pasard," a/k/a "Michael Pasaro," a/k/a "Michael Johnson," a/k/a "Michael Persard," a/k/a "Michael Carter," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been removed from the United States on or about July 31, 2003, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 30, 2001, in New York Supreme Court, New York County, of criminal sale of a controlled substance in the third degree, in violation of New York Penal Law

220.39, without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===

UNITED STATES OF AMERICA

- v. -

**MICHAEL A. PARSARD,**
a/k/a "Sean R. Parsard,"
a/k/a "Bleak Parsard,"
a/k/a "Michael Pasard,"
a/k/a "Michael Pasaro,"
a/k/a "Michael Johnson,"
a/k/a/ "Michael Persard,"
a/k/a "Michael Carter,"

**Defendant.**

===

<u>INDICTMENT</u>

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

A TRUE BILL

_____
Foreperson.